UNITED STATES DISTRICT COURT FOR THE EASTERN
DISTRICT OF NEW YORK

April 16, 2026

**VIA CM/ECF**

**Re: REQUEST FOR REFUND OF FILING FEE PAID IN ERROR**

**Case Name:** *Hui et al v. Wang et al*
**Case Number:** 1:26-cv-02189

**To the Clerk of Court:** I am writing to request a refund of a filing fee paid in error through the CM/ECF on April 16, 2026, the fee was paid in error, I proceeded with civil case appeal while I was supposed to pay for civil case opening.

**Transaction Details:**

- **Date of Transaction:** April 16, 2026
- **Pay.gov Receipt Number:** ANYEDC-20119854
- **Amount Paid:** $605
- **Type of Fee:** Civil case appeal

**Attached** the receipt generated at the time of payment.

Respectfully Submitted,

Dated: April 117, 2026

Flushing, New York

*/s/ Jose A. Muniz*
Jose A. Muniz, Esq. (3101)
39-15 Main Street - Suite 318
Flushing, New York 11354
Office: (718) 939-8880
Direct Phone Line: (646) 750-2185
Email: jamlaw305@gmail.com
*Attorney for Defendants*

1


## Other Documents

[1:26-cv-02189 Hui et al v. Wang et al](#)

FEEDUE

## Notice of Electronic Filing

The following transaction was entered by Muniz, Jose on 4/16/2026 at 5:39 PM EDT and filed on 4/16/2026

Hui et al v. Wang et al

[1:26-cv-02189](#)

No document attached

## CIVIL CASE APPEAL FILING FEE: $ 605, receipt number ANYEDC-20119854 (Muniz, Jose)

Jose A. Muniz    jamlaw305@gmail.com