**Gmail**

Jose Muniz <jamlaw305@gmail.com>

## Eastern District Judge order on 4/22/2026

1 message

**Jose Muniz** <jamlaw305@gmail.com>                                      Fri, Apr 24, 2026 at 5:51 PM
To: Karen Kithan Yau <kyau@getmansweeney.com>, Carmela Huang <huang@nclej.org>, "George F. Brenlla"
<gfbrenlla@brenllalaw.com>
Cc: wei wang <barbarawang88@yahoo.com>, Jose Muniz <Jamlaw305@gmail.com>

Please find enclosed the Judge's Order.

--
Cordially,
Jose

*Jose A Muniz, Esq.*

Law Office of Jose A. Muniz
40-18 80th Street
Elmhurst, New York 11373
646-750-2185| Phone
jamlaw305@gmail.com

**2 attachments**

 **judges order edny04242026.pdf**
3748K

 **judges order edny04242026.pdf**
3748K

 Gmail

Jose Muniz <jamlaw305@gmail.com>

## Activity in Case 1:26-cv-02189-TAM Hui et al v. Wang et al Order to Show Cause

ecf_bounces@nyed.uscourts.gov <ecf_bounces@nyed.uscourts.gov>
To: nobody@nyed.uscourts.gov

Wed, Apr 22, 2026 at 5:25 PM

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mailbox is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 4/22/2026 at 5:25 PM EDT and filed on 4/22/2026
**Case Name:**      Hui et al v. Wang et al
**Case Number:**    1:26-cv-02189-TAM
**Filer:**
**Document Number:** 6

**Docket Text:**
**ORDER TO SHOW CAUSE:** In this removal action, Defendants assert that this Court has jurisdiction over the pending claims because (1) the state complaint raises the same questions as those pending in a different federal case, filed in the Southern District of New York (*see* Notice of Removal, ECF 1, at ECF p. 6 (citing 28 U.S.C. § 1331)); and (2) the amended complaint alleges violations of the New York Labor Law (NYLL), "the state statute implementing the Federal Fair Labor Standards Act." Notice of Removal, ECF 1, at 5. The NYLL is a state statute, however, and federal courts have jurisdiction only of civil actions arising under federal laws where, as here, the parties are citizens of the same state. 28 U.S.C. §§ 1331, 1332; *see* Am. Compl., ECF 1-1, at ECF pp. 39-40. Indeed, the underlying complaint plainly states that "Plaintiffs bring causes of action based solely on and arising under New York law." *See id.*, at ECF p. 7.

By **4/29/2026**, Defendants are directed to show cause in writing why this case should not be remanded for lack of subject matter jurisdiction, including any additional facts and authority in support of the proposition that this court has jurisdiction over the action. *See Makarova v. United States*, 201 F.3d 110, 113 (2d Cir. 2000) (noting that a plaintiff has the burden to prove subject matter jurisdiction); *see also Royal Canin U.S.A., Inc., v. Wullschleger*, 145 S. Ct. 41, 50 (2025) (observing that, in the absence of federal claims, "the court may (and indeed, ordinarily should) kick the case to state court"); *cf. Gonzalez v. Red Apple Grp., Inc.*, No. 21-CV-508 (LDH) (VMS), 2022 WL 987425, at *4-7 (E.D.N.Y. Feb. 5, 2022) (remanding case that had been properly removed initially after plaintiffs amended their complaint to allege only violations of New York state law, not federal law).

Additionally, the Court observes that in this removal action, Plaintiff's counsel has not yet entered a notice of appearance, but has been directed to apply for admission *pro hac vice*. See 4/17/2026 ECF Docket Entry. Counsel is respectfully directed to file a notice of

appearance or apply for *pro hac vice* admission as soon as practicable. By **4/27/2026**, defense counsel is respectfully directed to provide a copy of this order and the full docket sheet to Plaintiff's counsel, to confirm that Plaintiff's counsel received it by following up by telephone call or receipt of a return email, and to file proof of same via ECF.

Finally, the parties are reminded that this case has been assigned to a Magistrate Judge pursuant to the Court's Direct Assignment Program, which is governed by Administrative Order 2025-14. *See* ECF [4]. The Administrative Order, answers to Frequently Asked Questions about the Direct Assignment Program, information about consenting to a Magistrate Judge, and a biography of the Magistrate Judge assigned to this case are on the Court's website on the Direct Assignment Program page, available at https://www.nyed.uscourts.gov/bulletin-direct-assignment-program. **Notwithstanding the** Court's concerns regarding subject matter jurisdiction discussed above, by **5/7/2026**, the parties are directed to file either (1) a Magistrate Judge Jurisdiction Consent Form , available at ECF [4] or within the attachment to this order, or (2) a Direct Assignment Program Acknowledgement Form , **indicating that counsel have conferred with their clients and one another regarding consenting to Magistrate Judge jurisdiction, available within the attachment to this order or at** https://www.nyed.uscourts.gov/index.php/bulletin-direct-assignment-program. **You may withhold your consent without adverse substantive consequences.** If no consent is received by that date, the Clerk of Court will be directed to randomly assign a District Judge to this case. Consent to the undersigned Magistrate Judge's jurisdiction is purely procedural, and has no bearing on whether the Court has subject matter jurisdiction over this case. Ordered by Magistrate Judge Taryn A. Merkl on 4/22/2026. (MJM)

1:26-cv-02189-TAM Notice has been electronically mailed to:

Jose A. Muniz    jamlaw305@gmail.com

Carmela Huang    huang@nclej.org

1:26-cv-02189-TAM Notice will not be electronically mailed to:

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:n/a
Electronic document Stamp:
[STAMP NYEDStamp_ID=875559751 [Date=4/22/2026] [FileNumber=21019748-0]
[b40cebeb47626c8f6b13a6d8bfa640547e459e97add4f8538a55d7c0c21c5505b9df
939799dde37f9dfe0a7a583ac723eb9ee2a95b7efcf45dcd80afb041f0bf]]

EDNY-MJ Consent (09/23)

# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF NEW YORK

_Hui et al_
_____
Plaintiff

v.

_Wang et al_
_____
Defendant

Civil Action No. _1:26-cv-02189-TAM_

## NOTICE OF OPTION TO CONSENT TO MAGISTRATE JUDGE JURISDICTION

A United States Magistrate Judge has been assigned to this case and is available to conduct all proceedings in this civil action (including presiding over a jury or non-jury trial) and to order the entry of final judgment. The judgment may then be appealed directly to the United States Court of Appeals like any other judgment of this Court. A Magistrate Judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case resolved by the assigned Magistrate Judge or you may withhold your consent without any adverse consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved in your case.

The parties through their signature (or that of their counsel) consent to have the assigned United States Magistrate Judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings, as indicated below:

| Name of Party | Signature of Party (or Attorney) | Date |
|---|---|---|
| Barbara Wang | _Joe A Murny_ | 4/24/26 |
| | | |
| | | |

**NOTE**: Do <u>not</u> file this form on ECF unless all parties have consented.

_____
### (For Court Use Only)

**IT IS ORDERED**: All parties having consented, the assigned Magistrate Judge is authorized to conduct all proceedings in this case, and enter final judgment, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____          _____
                                        District Judge Signature and Name

E.D.N.Y. Direct Assignment Program Acknowledgement Form (Rev. 9/2025)

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of New York

_Hui et al_____,

Plaintiff(s),

v.

_Wang et al_____,

Defendant(s).

Civil Action No. _1:26-cv-02189-TAM_

## DIRECT ASSIGNMENT PROGRAM ACKNOWLEDGEMENT

**NOTE: This form is <u>not</u> a consent to Magistrate Judge jurisdiction form, and no party should indicate here whether they consent to Magistrate Judge jurisdiction.**

**To consent to Magistrate Judge jurisdiction, file an AO 85 form or the E.D.N.Y. consent form, available at <u>https://www.nyed.uscourts.gov/sites/default/files/uploads/mjconsentform.pdf</u>.**

The parties affirm that:

1. Lead counsel for each party has reviewed Administrative Order 2025-14, governing the E.D.N.Y. Direct Assignment Program, and consulted with their respective client(s) to discuss (a) the fact that this case has been initially assigned solely to a Magistrate Judge under the Direct Assignment Program and (b) the option to consent to Magistrate Judge jurisdiction over the case, including any trial.

2. Lead counsel for each party has consulted with each other and with their respective client(s) regarding whether to consent to Magistrate Judge jurisdiction.

_Date of Consultation Between Counsel for Parties:_ _____

_Method of Consultation (e.g., phone, email, video conference, in person):_ _____

| Printed names of counsel | Signatures of counsel | Dates |
|---|---|---|
| Jose A Muñiz | Jose A Muñiz | 4/24/26 |
| | | |
| | | |
| | | |